# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:  JOHNATHAN D. STUCKEY  
      8215 CAMEO DRIVE  
      MACHESNEY PARK, IL  61115

SSN-xxx-xx-1531

Case Number: 07-71596

Case filed on: 7/5/2007  
Plan Confirmed on:

U Dismissed  Unconfirmed

Total funds received and disbursed pursuant to the plan:  $228.20          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 000 | BALSLEY & DAHLBERG LLP | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | JOHNATHAN D. STUCKEY | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | ILLINOIS TITLE LOANS, INC | 611.04 | 300.00 | 0.00 | 0.00 |
| 002 | KISHWAUKEE AUTO CORRAL | 9,172.31 | 8,000.00 | 3.44 | 210.06 |
|  | Total Secured | 9,783.35 | 8,300.00 | 3.44 | 210.06 |
| 001 | ILLINOIS TITLE LOANS, INC | 0.00 | 311.04 | 0.00 | 0.00 |
| 002 | KISHWAUKEE AUTO CORRAL | 0.00 | 1,172.31 | 0.00 | 0.00 |
| 003 | BOONE COUNTY CIRCUIT CLERK | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | CAPITAL ONE | 905.84 | 905.84 | 0.00 | 0.00 |
| 005 | LA CHAPELLE CREDIT SERVICE INC | 175.00 | 175.00 | 0.00 | 0.00 |
| 006 | NICOR GAS COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | RMH PATHOLOGISTS | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | ROCKFORD HEALTH SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | SWEDISH AMERICAN HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | U.S. CELLULAR | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | WESTERN EXPRESS | 15,559.14 | 15,559.14 | 0.00 | 0.00 |
| 012 | WINNEBAGO COUNTY CIRCUIT CLERK | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 16,639.98 | 18,123.33 | 0.00 | 0.00 |
|  | Grand Total: | 26,423.33 | 26,423.33 | 3.44 | 210.06 |

Total Paid Claimant:  $213.50  
Trustee Allowance:  $14.70  
Percent Paid Unsecured:  0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

   /s/ Lydia S. Meyer  
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 01/29/2008          By   /s/Heather M. Fagan